UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MFC INDUSTRIAL LTD.,

Plaintiff,

-against-

PETER KELLOGG, CYNTHIA KELLOGG, LEE KELLOGG, CHARLES KELLOGG, KELLOGG FAMILY TRUST, PETER AND CYNTHIA KELLOGG FOUNDATION, PETER VEST PTRS L.P., PRK CORPORATION, PRK NON-MARITAL TRUST, IAT REINSURANCE COMPANY LTD., BERMUDA PARTNERS, ACCEPTANCE CASUALTY INSURANCE CO., ACCEPTANCE INDEMNITY INSURANCE CO., HARCO NATIONAL INSURANCE CO., OCCIDENTAL FIRE & CASUALTY CO. OF NORTH CAROLINA, TRANSGUARD INSURANCE CO. OF AMERICA, INC., and WILSHIRE INSURANCE CO.,

Defendants.

13 Civ. 8400 (JGK)(JCF)

**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

WHEREAS, Plaintiff MFC Industrial Ltd. initiated the above-captioned case by filing a Complaint against Defendants Peter Kellogg, Cynthia Kellogg, Lee Kellogg, Charles Kellogg, Kellogg Family Trust, Peter and Cynthia Kellogg Foundation, Peter Vest PTRS L.P., PRK Corporation, PRK Non-Marital Trust, IAT Reinsurance Company Ltd., Bermuda Partners, Acceptance Casualty Insurance Co., Acceptance Indemnity Insurance Co., Harco National Insurance Co., Occidental Fire & Casualty Co. of North Carolina, Transguard Insurance Co. of America, Inc., and Wilshire Insurance Co. (hereafter “Defendants”) on November 25, 2013;

WHEREAS, the above-captioned case has been assigned to the Honorable John G. Koeltl of this Court;

WHEREAS, as of the date of this Notice of Dismissal, the Defendants in the above-captioned case have not served an answer or a motion for summary judgment in response to the Complaint;

THE PLAINTIFF, MFC INDUSTRIAL LTD., HEREBY GIVES NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that it hereby dismisses the above-captioned case against the Defendants, with prejudice.

Dated: New York, New York
February 10, 2014

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Craig A. Batchelor
Craig A. Batchelor

885 Third Avenue
New York, New York 10022
(212) 906-1200
E-mail: craig.batchelor@lw.com

*Attorneys for Plaintiff*
*MFC Industrial Ltd.*